```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 09-20412-Civ-LENARD
                                    MAGISTRATE JUDGE P. A. WHITE
FRANK RAFAEL ENRIQUEZ,        :

        Plaintiff,            :

v.                            :         REPORT OF
                                     MAGISTRATE JUDGE
KATHLEEN A. KEARNEY, et al.,  :

        Defendants.           :
```

This Cause is before the Court upon a Petition for Writ of Mandamus (DE# 2), seeking a ruling on defendants' joint motion for summary judgment, filed in Case No. 03-80483-Civ-Paine.[1] Judge Paine is no longer with the Court, and on February 12, 2009, Case No. 80483-Civ-Paine was reassigned to the Honorable Marcia G. Cooke, United States District Judge. In that case, there are pending on the docket two motions to proceed *in forma pauperis* on appeal from denial of an Order denying appointment of counsel.[2]

In Case No. 03-80483-CIV-COOKE, when previously assigned to Judge Paine, defendants filed a joint motion for summary judgment

---

[1] In the *pro se* civil rights action pursuant to 42 U.S.C. §1983, the plaintiff raised claims of 1) Excessive Force and/or Failure to Intervene; 2) Medical Indifference; 3) retaliation; and 4) confinement without due process.

[2] The Clerk's Order of Judicial Officer Reassignment of a Closed Case (DE#200) was entered, reassigning this case to the Honorable Marcia G. Cooke, United States District Judge.  That Order reads, as follows:

> Documents have been submitted to this Court which pertain to a case in which the assigned judge is no longer with the Court; all parties are noticed, as follows:
>
> 1.  That pursuant to the Local Rules of this Court, providing for the random and equal allotment of cases, the above-styled case is hereby reassigned to the calendar of MARCIA G. COOKE, United States District Judge for all further proceedings, and
>
> 2.  That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows:
>                 03-80483-Civ-Cooke
>
> thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A..2.

with exhibits,[3] the plaintiff had filed a response with exhibits,[4] the plaintiff filed a notice of interlocutory appeal (DE#187), and a motion for leave to proceed in forma pauperis on appeal (DE#189) which was granted (DE#189). That appeal was dismissed (DE#193).

The docket sheet shows Case No. 0380483-Civ-PAINE [now 03-80483-Civ-COOKE] as a closed case; and that the defendants' summary judgment motions (see footnote 3, supra) are not reflected on the CM/ECF docket as pending motions.

A separate Report has been entered in Case No. 03-80483-CIV-COOKE, recommending that: 1) the Case be reopened; 2) that the defendants be granted leave to renew their motions for summary judgment; 3) that the plaintiff be granted leave to Respond to any such renewed motion(s) for summary judgment, within 30 days of filing, and that he be reminded that as a *pro se* litigant he was previously informed of his right to oppose a motion for summary judgment, and that he was instructed about requirements of Fed.R.Civ.P. 56 for a response to such a motion.

It is therefore recommended: 1) that the petition for writ of mandamus in this case (DE#1) be dismissed, as moot; and 2) this case be closed.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.[5]

Dated: April 23rd, 2009

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] A joint summary judgment motion was entered nine times on the CM/ECF docket, once for each defendant: at DE# 160 [Allen]; DE# 161 [Coleman]; DE# 162 [Gary]; DE# 163 [Liangco]; DE# 164 [Liss]; DE# 165 [Mailman]; DE# 166 [Phillips]; DE# 167 [Schocoff], and DE# 168 [Woods], with Exhibits A-D.

[4] Plaintiff Enriquez, as a *pro se* litigant was informed of his right to respond to the defendants' motion for summary judgment, and was instructed about requirements of Fed.R.Civ.P. 56 for a response to such a motion (see Orders, DE#s 171, 174). Enriquez filed a Response (docketed at DE# 175) consisting of his own Declaration, with Exhibits A-D attached.

[5] This Report was drafted and prepared for signature on February 27, 2009, however, due to clerical error, it was not entered and docketed on that date.

```
cc:   Frank Rafael Enriquez, Pro Se
      No. 990088
      Florida Civil Commitment Center
      13613 S.E. Highway 70
      Arcadia, FL 34266-7829

      The Honorable Joan A. Lenard,
            United States District Judge

      The Honorable Marcia G. Cooke,
            United States District Judge
```